UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORKY JOE MAURER,

Plaintiff,

v.

R. WACHTEN, C.O. [sic],

Defendant.

CIVIL NO. 00-468 (MJD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery/Nondispositive Motions

October 1, 2000- All discovery of any kind shall be commenced in time to be completed by this date.

October 1, 2000- All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. All nondispositive motions will be considered on the written pleadings without oral argument, unless the Court determines there is a specific need to hold such a hearing. If any party fails to respond to a motion, the failure to respond will be treated as a default, and the relief requested in the motion may be granted.

Dispositive Motions/Trial

November 1, 2000- All dispositive motions shall be served and filed by the parties in compliance with Local Rule 7.1. See particularly

FILED JUN 27 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Local Rule 7.1(b)(2)(A) through (E). All dispositive motions will be considered on the written pleadings without oral argument, unless the Court determines there is a specific need to hold such a hearing. If any party fails to respond to a motion, the failure to respond will be treated as a default, and the relief requested in the motion may be granted.

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than December 1, 2000.

Dated: June 27, 2000

JOHN M. MASON
United States Magistrate Judge