UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORKY JOE MAURER,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF CORRECTIONS, CORRECTIONAL MEDICAL SERVICES, and R. WACHTEN,

Defendants.

CIVIL NO. 00-468 (MJD/JMM)

ORDER

The above matter is before the undersigned upon Plaintiff's Application for Appointment of Counsel. [Docket No. 17]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Application for Appointment of Counsel [Docket No. 17] is denied.

Dated: September 27, 2000

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Plaintiff made a previous Application for Appointment of Counsel in this case on March 31, 2000. [Docket No. 10]. The Court denied that Motion, finding:

> neither the facts nor the legal issues involved in this case are so complex as to warrant appointment of counsel. It appears

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> to this Court that Plaintiff has the threshold ability to articulate his claims and to argue his positions, and his submissions in this matter demonstrate that he has been able to communicate effectively with the Court. Moreover, the Court is presently satisfied that appointment of counsel would not substantially benefit the Court or Plaintiff.

[Docket No. 11].

Nothing in this case has changed sufficiently to alter our conclusion that Plaintiff's request for appointed counsel should be denied. In his second Application, Plaintiff suggests that he needs an appointed attorney to obtain discovery, because Defendants have refused to comply with his discovery requests. If this is the case, Plaintiff may follow the procedures prescribed by the Federal Rules of Civil Procedure and file a Motion to Compel discovery.

J.M.M.