UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORKY JOE MAURER,

Plaintiff,

v.

MINNESOTA DEPARTMENT OF CORRECTIONS, CORRECTIONAL MEDICAL SERVICES, and R. WACHTEN,

Defendants.

CIVIL NO. 00-468 (MJD/JMM)

REPORT AND RECOMMENDATION

The above matter is before the undersigned upon Plaintiff's letter of November 15, 2000 [Docket No. 23], which the Court has chosen to treat as a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). The matter has been referred to the undersigned Magistrate Judge for a Report and Recommendation to District Judge Michael J. Davis pursuant to the provisions of 28 U.S.C. §636.

Plaintiff's Motion asks that he be permitted to "withdraw" his case. As Defendants have already filed a Motion for Summary Judgment with respect to Plaintiff's claims, he does not have the right to withdraw his Complaint without permission of the Court. Fed. R. Civ. P. 41(a). Defendants stated to the Court, in a letter dated November 27, 2000, that they did not have any objection to the Court granting Plaintiff's Motion. Under these circumstances, we believe it is appropriate to allow Plaintiff to withdraw his claims, and to dismiss the Complaint without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

NOV 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

Based on these findings, it is recommended that Plaintiff's Motion to Dismiss [Docket No. 23] be granted, and that the Complaint be dismissed without prejudice.

Dated: November 28, 2000

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **December 12, 2000** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.