# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Corky Joe Maurer

Plaintiff

v.

Minnesota Department of Corrections, Correctional Medical Services and R. Wachten

Defendants

Case No. Civil 00-468 MJD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to dismiss is granted. The complaint in this action shall be and hereby is, dismissed without prejudice.

DATE: March 6, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk